**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 09-03539 |
| DANIEL J CISNEROS | |
| MICHELLE L CISNEROS | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/04/2009.

2) The plan was confirmed on 04/02/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/20/2011.

5) The case was dismissed on 09/30/2011.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $15,330.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $16,659.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$16,659.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,508.30 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $905.02 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,413.32** |

Attorney fees paid and disclosed by debtor:   $1,991.70

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | Unsecured | NA | 6,639.15 | 6,639.15 | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | 24,967.00 | 8,672.89 | 8,672.89 | 8,672.89 | 3,154.69 |
| ATG CREDIT | Unsecured | 173.24 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 5,887.00 | NA | NA | 0.00 | 0.00 |
| CATON CROSSING DENTAL CARE | Unsecured | 248.39 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 1,213.74 | 1,213.74 | 1,213.74 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 7,015.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 2,361.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 2,069.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMCAST | Unsecured | 615.70 | NA | NA | 0.00 | 0.00 |
| CORWIN MEDICAL CARE | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| CR EVERGREEN LLC | Unsecured | 1,425.52 | 1,501.57 | 1,501.57 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| DOMINICKS | Unsecured | 77.39 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,900.17 | 1,900.17 | 1,900.17 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 11,045.00 | 11,177.27 | 11,177.27 | 71.65 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 77.85 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 7,139.34 | NA | NA | 0.00 | 0.00 |
| GENERATIONS FAMILY MEDICINE | Unsecured | 141.60 | NA | NA | 0.00 | 0.00 |
| HRRG | Unsecured | 167.38 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICES | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICES | Unsecured | 71.40 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICES | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY & PATHOLOGY DIAG | Unsecured | 5.02 | NA | NA | 0.00 | 0.00 |
| LIFECIRCLE WOMENS HEALTH | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV MEDICAL CENTER | Unsecured | 259.14 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY PHYS FDN | Unsecured | 735.34 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY PHYS FOUND | Unsecured | 1,454.00 | 1,138.79 | 1,138.79 | 0.00 | 0.00 |
| MACYS RETAIL HOLDINGS INC | Unsecured | 278.62 | 278.62 | 278.62 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NCO FINANCIAL SYSTEMS INC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 203.40 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 145.55 | NA | NA | 0.00 | 0.00 |
| PALOS EMERGENCY MEDICAL SVCS | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 391.78 | 391.78 | 391.78 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 200.00 | 189.77 | 189.77 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | 12,759.74 | 12,759.74 | 81.79 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,877.70 | 1,877.70 | 1,877.70 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,400.60 | 2,400.60 | 2,400.60 | 15.39 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 9,648.53 | 9,648.53 | 9,648.53 | 61.85 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 9,371.00 | 9,658.79 | 9,658.79 | 61.91 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Unsecured | 1,895.89 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 173.00 | 172.85 | 172.85 | 0.00 | 0.00 |
| RESURRECTION MEDICAL CENTER | Unsecured | 601.00 | 601.68 | 601.68 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 2,154.27 | 2,154.27 | 2,154.27 | 15.22 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 586.01 | 586.01 | 586.01 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 3,240.00 | 3,395.43 | 3,395.43 | 21.77 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | NA | 1,177.58 | 1,177.58 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | NA | 580.78 | 580.78 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | NA | 1,017.94 | 1,017.94 | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 2,071.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 420.58 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Unsecured | NA | 5,190.62 | 5,190.62 | 33.27 | 0.00 |
| WELLS FARGO FINANCIAL INC | Secured | 3,600.00 | 947.73 | 947.73 | 947.73 | 0.00 |
| WELLS FARGO FINANCIAL INC | Unsecured | 2,826.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MTGE | Secured | 5,680.00 | 1,107.52 | 1,107.52 | 1,107.52 | 0.00 |
| WELLS FARGO HOME MTGE | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Unsecured | 3,600.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,107.52 | $1,107.52 | $0.00 |
| Debt Secured by Vehicle | $8,672.89 | $8,672.89 | $3,154.69 |
| All Other Secured | $947.73 | $947.73 | $0.00 |
| **TOTAL SECURED:** | **$10,728.14** | **$10,728.14** | **$3,154.69** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$75,653.38** | **$362.85** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,413.32 |
| Disbursements to Creditors | $14,245.68 |

**TOTAL DISBURSEMENTS** :                                                     **$16,659.00**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/07/2011                          By: /s/ Glenn Stearns

                                                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**